UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS
CONSTRUCTION INDUSTRY HEALTH
AND SECURITY FUND; LOCALS 302
AND 612 OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS-
EMPLOYERS CONSTRUCTION
INDUSTRY RETIREMENT FUND; and
WESTERN WASHINGTON OPERATING
ENGINEERS-EMPLOYERS TRAINING
TRUST FUND,

                Plaintiffs,

      v.

R G CONSTRUCTION, INC., a
Washington corporation,

                Defendant.

NO.

COMPLAINT TO COLLECT TRUST
FUNDS AND UNION DUES

## COUNT ONE

Plaintiff Operating Engineers-Employers Welfare, Pension, and Training Trust

Funds allege:

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

I.

They are unincorporated associations operating as Trust Funds pursuant to Section 302 of the Labor Management Relations Act of 1947, as amended, under the respective names of Locals 302 and 612 of the International Union of Operating Engineers-Construction Industry Health & Security Fund, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund, and Western Washington Operating Engineers-Employers Training Fund, to provide medical, retirement, and training benefits to eligible participants. Plaintiffs' offices are located in King County, Washington.

II.

The Court has jurisdiction over the subject matter of this action under Section 502 (e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132 (e)(1) and (f) and under Section 301 (a) of the Taft-Hartley Act, 29 U.S.C. §185 (a).

III.

Venue is proper in this district under Section 502 (e)(2) of ERISA, 29 U.S.C. §1132 (e)(2), because Plaintiff Trusts are administered in this district.

IV.

Defendant is a Washington corporation.

V.

Defendant is bound to a collective bargaining agreement with Locals 302 and 612 of the International Union of Operating Engineers (hereinafter "Locals"), under

COMPLAINT TO COLLECT TRUST FUNDS
AND UNION DUES
Page 2 of 6
Document2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

which Defendant is required to promptly and fully report for and pay monthly contributions to the Plaintiff Trusts at varying, specified rates for each hour of compensation Defendant pays to its employees who are members of the bargaining unit represented by the Locals (such bargaining unit members are any of Defendant's part time or full time employees who perform any work task covered by the Defendant's labor contract with the Locals, whether or not those employees actually join the Locals).

VI.

Defendant accepted Plaintiffs' respective Agreements and Declarations of Trust and thereby agreed to pay to each of Plaintiff Trusts liquidated damages equal to twelve percent (12%) of all delinquent and delinquently paid contributions, or $25.00 per month, whichever sums are greater, and twelve percent (12%) annual interest accruing upon each monthly contribution delinquency from the first day thereof until fully paid, as well as all attorneys' fees and costs, including audit expenses if applicable, which Plaintiffs incur in collection of Defendant's unpaid obligations.

VII.

Since the 1st day of January, 2018, Defendant failed to promptly report for and/or pay to Plaintiff Trusts all amounts due them, as hereinabove set forth, for work performed by Defendant's employees, and only Defendant's records contain the detailed information necessary to an exact determination of the extent of Defendant's unpaid obligations.

COMPLAINT TO COLLECT TRUST FUNDS
AND UNION DUES
Page 3 of 6
Document2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## COUNT TWO

### I.

Plaintiff, Local 302 of the International Union of Operating Engineers (hereinafter "Local"), alleges:

It is a labor organization with its principal offices in King County and brings this action pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended.

### II.

Plaintiff, Local 612 of the International Union of Operating Engineers (hereinafter "Local"), alleges:

### III.

Defendant is Washington corporation.

### IV.

Defendant entered into an agreement with the Locals, whereunder Defendant agreed to deduct from the periodic paychecks of its employees who are represented by the Locals, specified amounts for each hour of compensation Defendant pays to those employees and to remit the total thus deducted each month to the Plaintiff Locals no later than the fifteenth (15th) of the month immediately following the month in which such deductions were made.

COMPLAINT TO COLLECT TRUST FUNDS
AND UNION DUES
Page 4 of 6
Document2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

V.

Since the 1st day of January, 2018, Defendant failed to promptly report for and/or pay to the Locals the total sum deducted from the periodic paychecks of Defendant's employees who are represented by the Locals.

WHEREFORE, Plaintiffs pray the Court as follows:

1.   That the Defendant be compelled to render a monthly accounting to the Plaintiffs' attorneys and set forth in it the names and respective social security numbers of each of the Defendant's employees who are members of the bargaining unit represented by the Locals, together with the total monthly hours for which the Defendant compensated each of them, for the employment period January 2018 to the date of service of this Complaint to Collect Trust Funds and Union Dues, and for whatever amounts may thereafter accrue.

2.   That plaintiff Trust Funds be granted judgment against Defendant under **COUNT ONE** for:

     a.   All delinquent contributions due;

     b.   All liquidated damages and pre-judgment interest due;

     c.   All attorneys fees and costs incurred by Plaintiffs in connection with Defendant's unpaid obligations; and

     d.   Such other and further relief as the court may deem just and equitable.

3.   That Plaintiff Trusts be granted judgment against Defendant under **COUNT TWO** for:

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

a.   All amounts owing to it by the Defendant; and

b.   Such other and further relief as the court may deem just and
     equitable.


DATED this _____ day of March, 2018.


                        REID, McCARTHY, BALLEW & LEAHY,
                        L.L.P.


                        _____
                        Russell J. Reid, WSBA #2560
                        Attorney for Plaintiffs


COMPLAINT TO COLLECT TRUST FUNDS
AND UNION DUES
Page 6 of 6
Document2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925